# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILNA ROSARIO | : | CIVIL NO. 3:11-CV-01208(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER | : | |
| *Defendant* | : | JANUARY 24, 2013 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, MILNA ROSARIO, and the Defendant, UNIVERSITY OF CONNECTICUT HEALTH CENTER, hereby stipulate to a dismissal with prejudice of the above-captioned matter, without any award of attorney's fees or costs to any party.

                                                    PLAINTIFF,
                                                    MILNA ROSARIO

By:   */s/ Leonard A. McDermott*
        Leonard A. McDermott, Esq.
        Federal Bar No. ct21996
        Employee Advocates, LLC
        35 Porter Avenue, 3B
        P.O. Box 205
        Naugatuck, CT 06770
        Tel: (203) 723-9610
        Fax: (203) 723-1032

DEFENDANT,

GEORGE JEPSEN
ATTORNEY GENERAL

By: */s/ Jennifer L. Paradee*
Jennifer L. Paradee
Assistant Attorney General
Employment Rights Department
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax:  (860) 808-5383
Federal Bar No. ct28790
Email:  jennifer.paradee@ct.gov

## CERTIFICATION

I hereby certify that on January 24, 2013 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Jennifer L. Paradee*
Jennifer L. Paradee (# ct28790)
Assistant Attorney General